United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12706-pmm

Jeffrey A Cahn                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                              Page 1 of 2

Date Rcvd: Nov 15, 2024                                Form ID: 318                                      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jeffrey A Cahn, 245 Moria Place, Aston, PA 19014-1264 |
| 14912822 | + | American Credit Acceptance, 5996 W. Touhy Avenue #2000, Niles, IL 60714-4610 |
| 14912823 | | Auto Market Of Florida, 2741 N Obi, Kissimmee, FL 34744 |
| 14912824 | + | Citadel, Monarch Recovery, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 14912825 | + | Citadel Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14912830 | + | Florida Tech / Kinum, 770 Lynnhaven Parkway, Suite 160, Virginia Beach, VA 23452-7343 |
| 14912831 | | Frontier Communication, Credit Control Corp, PO Box 120570, Newport News, VA 23612-0570 |
| 14912832 | + | Glenn Klausman, Esq., c/o Paige Young, 1201 Louisana Avenue, Suite A, Winter Park, FL 32789-2340 |
| 14912839 | + | UniFin, 5996 W Touhy Avenue, #2000, Niles, IL 60714-4610 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Nov 16 2024 05:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2024 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14912826 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 16 2024 00:35:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14912827 | + EDI: AMINFOFP.COM | Nov 16 2024 05:27:00 | First Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14912828 | + Email/Text: bknotifications@flcu.org | Nov 16 2024 00:36:00 | Florida Credit Union, Attn: Bankruptcy, Po Box 5549, Gainesville, FL 32627-5549 |
| 14912833 | + EDI: JEFFERSONCAP.COM | Nov 16 2024 05:27:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14912835 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2024 01:06:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14912836 | Email/Text: ml-ebn@missionlane.com | Nov 16 2024 00:35:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14912837 | Email/Text: bankruptcy@nationalcreditsystems.com | Nov 16 2024 00:35:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 14912838 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Nov 16 2024 00:35:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 15, 2024 | Form ID: 318 | Total Noticed: 19

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14912829 | *+ | Florida Credit Union, Attn: Bankruptcy, Po Box 5549, Gainesville, FL 32627-5549 |
| 14912834 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jeffrey A Cahn brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey A Cahn | Social Security number or ITIN  xxx–xx–9098 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  __–_____ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   24–12706–pmm

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey A Cahn

11/14/24

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**